UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>2002 SUBARU IMPREZA, WASHINGTON LICENSE PLATE 713 MMS, VIN: JF1GD29622G508301,<br><br>                    Defendant. | No.  CV-12-5158-EFS<br><br>**FINAL ORDER OF FORFEITURE** |

Plaintiff United States of America previously alleged in a Verified Complaint for Forfeiture *In Rem*, ECF No. 1., that the Defendant vehicle is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.  The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.  Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant property being forfeited is described as follows:

> 2002 Subaru Impreza, Washington License Plate 713 MMS, VIN: JF1GD29622G508301, seized on or about May 12, 2012, in Pasco, Washington, by the Federal Bureau of Investigation, incident to arrest.

*Id.*  On November 30, 2012, the Clerk's office issued the Warrant of Arrest *In Rem*, pursuant to the Court's order of the same date.  ECF No. 3.  On December 11, 2012, the Warrant of Arrest *In Rem* was returned executed. ECF No. 5.

FINAL ORDER OF FORFEITURE - 1

Notice of Civil Forfeiture Action was posted on the official government website from November 23 to December 22, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as evidenced by the Notice of Publication filed on August 23, 2012.  ECF Nos. 8, 8-1 & 8-2.  The claim period thus expired no later than January 22, 2013.

On or about December 12, 2012, Rosalva Solis (Rosalba) was served — via certified mail, return receipt requested, in care of his attorney, Chris A. Bugbee — with a copy of the Verified Complaint for Forfeiture *In Rem*, Warrant of Arrest *In Rem*, and Notice of Complaint for Forfeiture.  ECF Nos. 6 & 6-1.  Based upon the direct notice's service date, the last date to file a timely claim was January 16, 2013.  To date, no claim of interest has been received or filed with the Court from Rosalva Solis.  On February 7, 2013, the United States served and filed its Notice of Motion for Default.  ECF No. 7.  On February 26, 2013, the United States filed a Motion for Default.  ECF No. 9.  On February 27, 2013, the Clerk entered a default order as to Michael Anthony Watts. ECF No. 10.

Thus, it appears to the Court that any and all potential claimants' interest in the defendant property has been resolved through the entry of the Clerk's Order of Default as to Rosalva Solis (Rosalba).  It also appears that no other timely claims have been made to the defendant property.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Plaintiff's Motion for Entry of the Final Order of Forfeiture, **ECF No. 11**, is **GRANTED**.

FINAL ORDER OF FORFEITURE - 2

2. The defendant property identified above is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

3. The United States shall dispose of the forfeited defendant property in accordance with the law.

4. The Clerk's Office is directed to **ENTER JUDGMENT** for Plaintiff and **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of April 2013.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge

Q:\EFS\Civil\2012\5158.forfeit.close.lc2.docx

FINAL ORDER OF FORFEITURE - 3