AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

UNITED STATES OF AMERICA,

                Plaintiff,

v.

2002 SUBARU IMPREZA, WASHINGTON LICENSE PLATE 713 MMS, VIN: JF1GD29622G508301

                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5158-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the United States of America and said property identified above is forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

April 15, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer